**STATE of Missouri, Respondent,**

v.

**Vinson R. SMALLS, Appellant.**

**No. WD 50934.**

Missouri Court of Appeals,
Western District.

Dec. 3, 1996.

James C. Cox, Assistant Appellate Defender, Kansas City for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Jill C. LaHue, Assistant Attorney General, Jefferson City, for respondent.

Before ULRICH, C.J., P.J., and HANNA and SPINDEN, JJ.

**ORDER**

PER CURIAM:

Vinson Smalls appeals his conviction following a jury trial for first degree robbery, section 558.011.1, RSMo 1994, and sentence of fifteen years imprisonment. He also appeals the dismissal, with prejudice, of his Rule 29.15 motion for postconviction relief.

The judgment of conviction and the dismissal with prejudice of the postconviction motion are affirmed. Rules 30.25(b) and 84.16(b).